FILED

07/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0613

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 20-0613

JASON D. FRANKS,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

## ORDER

Upon consideration of Unopposed Motion for Extension of Time to File Opening Brief and Affidavit in Support, and good cause appearing;

**IT IS HEREBY ORDERED** that Appellant is granted an extension of time to and including August 15, 2021, within which to prepare, file, and serve Appellant's Opening Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 6 2021